UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROLANDO RUIZ | § | |
| | § | CIVIL NO: |
| vs. | § | SA:03-CV-00303-OLG |
| | § | |
| DOUGLAS DRETKE | § | |

## PETITIONER'S EXHIBITS

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | Bakersfield, California School Records | 11/03/10 |
| 2 | Harlandale ISD School Records | 11/03/10 |
| 3 | North East ISD School Records | 11/03/10 |
| 4 | Northside ISD School Records | 11/03/10 |
| 5 | San Antonio ISD School Records | 11/03/10 |
| 6 | South Bay Union ISD School Records | 11/03/10 |
| 7 | Paul Rangel's Possession of a Prohibited Weapon records | Offered 11/03/10 under advisement |
| 8 | Paul Rangel's Possession of Heroin records | "  " |
| 9 | Paul Rangel's Unlawfully Carrying Weapon on Premises Licensed to Sell Alcohol records | "  " |
| 10 | Paul Rangel's Possession of Cocaine records | "  " |
| 11 | Paul Rangel's Felony DWI records | |
| 12 | Paul Rangel's 1981 DWI records | "  " |
| 13 | Maria and Rolando Ruiz divorce records | 11/03/10 |
| 14 | Maria Rangel's Center for Health Care Services medical records | Offered 11/03/10 under advisement |
| 15 | Harry Musinger, Ph.D's report to Donald Mach | 11/02/10 |
| 16 | Transcript of Don Machstate habeas testimony | 11/02/10 |

| | | |
|---|---|---|
| 17 | Affidavit of Donald Mach(1-29-04) | 11/02/10 |
| 18 | Bar of Texas disciplinary records regarding Donald Mach | 11/02/10 |
| 19 | American Bar Association, Standards for the Appointment and Performance of Counsel in Death Penalty Cases (1989) | 11/02/10 |
| 20 | NLADA Standards for the Performance of Counsel in Death Penalty Cases (1988) | |
| 21 | Kevin McNally, Death is Different: Your Approach to a Capital Case Must Be Different, Too, The Champion 8 (NACDL, March 1984) | |
| 22 | Bill Redick & Henry Martin, The Right to Experts in Capital Cases: The Implications of <u>Ake v. Oklahoma,</u>The Champion 6 (NACDL, June 1985) | |
| 23 | Jeff Blum, Investigation in a Capital Case: Telling the Client's Story, The Champion 27 (NACDL, August 1985) | |
| 24 | David Stebbins & Scott Kenny, Capital Cases: Zen and Art of Mitigation Presentation, or, The Use of Psycho-Social Experts in the Penalty Phase of a Capital Trial, The Champion 14 (NACDL, August 1986) | |
| 25 | James Hudson, Jane Core & Susan Schorr, Capital Cases: Using the Mitigation Specialist and the Team Approach, The Champion 33 (NACDL, June 1987) | |
| 26 | David Stebbins, Capital Cases: Pschologists and Mitigation Dignosis to Explanation, The Champion 34 (NACDL, April 1988) | |
| 27 | Edward C. Monahan, Obtaining Funds for Experts in Indigent Cases, The Champion 10 (NACDL, August | |

|    | 1989)            |          |
|----|------------------|----------|
| 28 | Ruiz Family Tree | 11/02/10 |
|    |                  |          |
|    |                  |          |